**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLAIRE RECOVERY, INC., | CV 25-9956 PA (SSCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, | |
| Defendant. | |

Pursuant to the Court's March 23, 2026 Minute Order granting the Motion to Dismiss filed by defendant Premera Blue Cross Blue Shield of Alaska ("Defendant") and dismissing without leave to amend the First Amended Complaint filed by plaintiff Bellaire Recovery, Inc. ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1.     The action filed by Plaintiff is dismissed with prejudice for failure to state a viable claim;

2.     Plaintiff shall take nothing; and

2.     Defendant shall recover from Plaintiff its costs of suit.

IT IS SO ORDERED.

DATED: March 23, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE